IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:12-cv-00194-MOC-DSC

AMERICAN & EFIRD LLC,

        Plaintiff,

v.

PITTSFIELD PLASTICS
ENGINEERING, INC.,

        Defendant/Third-Party Plaintiff

v.

METRO PLASTICS, INC., et. al.,

        Third-Party Defendants

**THIS MATTER** is before the Court on the "Application for Admission to Practice Pro Hac Vice [of John J. McCarthy ]" (document #12) filed June 5, 2012. For the reasons set forth therein, the Motion will be <u>granted</u>.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; <u>and to the Honorable Max O. Cogburn, Jr.</u>

    **SO ORDERED**.                 Signed: June 5, 2012

David S. Cayer
United States Magistrate Judge